# Exhibit A

May 31, 2024

The Honorable Denny Chin
United States Circuit Judge
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Dear Judge Chin,

I am writing in support of Michael Turley. Michael and I were married for 10 years, and we share a beautiful 9-year-old daughter, [redacted].

While Michael and I grew apart over the years, we still maintain a strong mutual respect and caring for one another, as well as a solid commitment to co-parenting our amazingly vibrant and energetic little girl to ensure she grows up strong, happy, and healthy. So much so, Michael lives right around the corner, within walking distance of my house, because we both felt like close proximity would be in [redacted]'s best interest.

Michael is caring and giving. He anticipates needs and finds solutions for people, often without having to be asked. He regularly hears friends and family discuss a need or an issue and shows up with a solution for them. At work, he is a servant leader, always putting his team members first. Michael is the guy who everyone comes to in a crisis because he is calm, caring, and logical. Countless stories can be told about Michael's good nature and strong character, but I'd like to share more with Your Honor about Michael as a father. Because that is the role in which he shines brightest.

Michael has two children - our daughter, [redacted], and an adult son, Alex. Both of his children love, adore, and respect him.

Our daughter, [redacted], thinks her daddy hung the moon. She could not more epitomize a Daddy's Girl. Michael is attentive and patient with her, and ensures that her life is full of love and happiness every day. He spends quality time with her, and she can feel how much her daddy loves her. Her favorite day is Saturday, because that is "Donut Day" with daddy and has been for most of her life.

[redacted] participates in competitive gymnastics and recreational basketball, and Michael has never missed a single meet or game. He is engaged and involved in both her school and extracurricular activities. When [redacted]'s teachers express a need for the classroom, Michael is often the first to respond. He helps shuttle to practices and events, and, more than once, he has helped move heavy gymnastics equipment because the gym where [redacted] trains needed help.

In addition to [redacted], Michael has an adult son, Alex, with whom he also has an incredible relationship. Alex can often be found hanging out with his dad watching sports or eating a home cooked meal at Michael's house. Michael was engaged in Alex's life growing up and provided the same love and guidance to him as he does to [redacted] now. As a result, Alex regularly seeks his dad's advice on anything from his career path to which car to buy. Even as an adult, Alex thoroughly enjoys spending time with his dad, which is yet another testament to the strong bond that Michael has with his children and the effect he has on their lives.

[redacted] and Alex are at very different life stages. While one child has the capacity to understand the current situation, the other does not. However, both would be absolutely devastated if their father was away from them for any amount of time.

[redacted], in particular, will suffer a heartbreak that I cannot even fathom. Not only because she loves her daddy so much and does not want to be away from him, but also because she simply cannot understand the current circumstances as a young child.

If Michael goes away, I will be left with her heartbreak and helping her through something that she does not yet have the emotional capacity to deal with. She is the most amazing little human on the path to doing wonderful things in her life, in part because Michael is part of her support system. And I fear that Michael going away and her having to try to understand what is happening will change her as a person forever. And that breaks *my* heart.

In addition to the emotional fallout of my young child, Michael being incarcerated would cause both life and financial hardship for me as her primary caregiver. Both Michael and I work, and we share in all child care responsibilities, from shuttling to adjusting to breaks and child care closures. We split expenses 50/50, and it would place a fairly substantial financial strain on [redacted] and I's life if he were unable to work.

While I respect the verdict of the jury, the man I was married to and father of my child would never have engaged in something he thought was wrong, and especially not illegal. Please consider the above as Your Honor rules on sentencing.

With gratitude,

Jill R. Turley