# Exhibit B

The Honorable Denny Chin
United States Circuit Judge
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Dear Judge Chin,

My name is Alex Turley, and I am proud to say Michael Turley is my father.

All my life, I have been taught about living with morals and respect. What follows below is my attempt at relaying much of what has formed the person I am today, thanks to my dad.

For as young of an age as I can remember, I was taken on many business trips and even more business meetings. Many times, during the summer, I would travel to San Antonio, New York City, or Washington D.C. so my dad would not miss his weeks with me during his business trips. Often, this meant I was sitting in the back corner of a room or just outside in the hallway during meetings. Between days, we would catch a football game, tour museums, or explore the different city. It was always a balance between work and fun. The time that I spent watching my dad during these trips has since served me well in both my career and balancing life outside of it. For as long as I can remember, he has kept a stormtrooper action figure on his desk as a reminder for why he works, and that is to spend time with his family and have experiences together. After a difficult day, it is because of family that we go on. I now have an identical action figure on my desk, serving as the same reminder.

Much of my life, I have been told that I act older than my age and I attribute it to my dad and the level of respect he shows to those around him. When I was in elementary school, I must have been around eleven years old, I remember listening to my dad's phone call during our drive home from school. I heard him say 'yes sir' to the person he was speaking with. To me, my dad was an adult and old, so I did not understand why he would be saying 'yes sir' to anyone. When I asked him about it, he explained that the person worked on the team he led & was older than him, and that he says it out of respect. We show respect to those around us, not matter if they work for you or you work for them. It has always stuck with me and shows the level of respect my dad gives to others.

The Fortune 100 company I work for now and have worked for since graduating college, I owe to my dad. While I have since proven myself with all that has been instilled in me by my parents and the many meetings I observed while growing up, my start is of thanks to him. The team leadership had trust in my father as being ethical and knowing the industry. Because I was his son, I was a risk worth taking on. Joining the company, I did not know anything outside of how to work, how to learn, and how to treat people. I would like to think that risk has had a positive ROI, but it was taken because of trust in my dad.

He has always devoted time to his kids and adapted his interests to theirs. Whether it was reading books to learn more about the sport I was playing so he could teach me (tennis did not come naturally to him) or buying an XBOX to play games with me while I stayed at my mom's house, my dad has consistently found ways to stay actively involved in my life. When I started baseball and

floated from team to team, he eventually began his own team to teach kids how to play the game with respect and spend more time with me.

The love my sister has for my dad is absolute. [redacted] is the biggest “daddy’s girl’ I have ever seen. She still gets quite jealous when we go to movies or Arkansas games that she is unable to attend, because she is missing time with him. She always wants to show him that she can land her new full gymnastics routine that she has been working on. Since her interest in gymnastics began, the garage has since turned into a home gymnastics gym with half the space dedicated to her own equipment. It has been remarkable to watch my dad learn everything he can about gymnastics to help [redacted] with her sport, the same way he always supported me.

One of my core beliefs in life is that you are the sum of those you surround yourself with. I have had the opportunity to spend a considerable amount of time around my dad’s close friends, two of which I have even worked for, and I am proud of who he has surrounded himself with. Each is highly successful, not just in their work, but in their life and with their families. I know they would not accept anyone in their group who they did not believe holds a high moral character. It has meant the world to me that these relationships have not abandoned him throughout the process of the trial and speaks to their belief in him as an individual.

When I was graduating High School, my dad wrote me a letter filled with pieces of advice on being successful in life. I don’t believe he knows I still have the letter and he may not even remember it, but I have kept it in my bedside table for the past seven years. Every few months, I re-read the letter to measure the areas that I need to work on. Written in 2017, around the time of the events of the trial, I find it to be relevant. I have included it below.

During sentencing, all that I ask is for The Court to consider my sister. I have been blessed to have my dad raise me and transition to being my sounding board as I became an adult. While I still greatly need him in my life and operating as my sounding board, [redacted] needs him more and would be devastated. It is her turn for countless sports tournaments, impromptu coaching sessions, and to learn what respect looks like. She deserves the same upbringing I have been fortunate with and that requires my dad to be present.

X *Alex Turley*

Alex Turley

Alex,

In the spirit of Polonius and Laertes, here are my pearls of wisdom as you embark on your next adventure. I tried to stick to the time-tested absolutes. I think you will find most of these as reminders of things you have already heard in your first 18 years of life. There might be one or two new ones here. I really believe that if you let this be your guide, along with whatever else your mother tells you, you will be wildly successful in business, love, and life... Ok, maybe just business and life. Love is 5 more pages at least, and I don't think Polonius addressed that.

**How to act:**

Don't be an a--hole. *(If you are reading this aloud in class, you might use "jerk"... when you get done laughing.)*
Treat everyone you meet with kindness, respect, and compassion.
Always be the gentleman – Open the doors, carry the bag, offer the jacket
Be respectful of all elders, no matter how ridiculous they may be. Always use ma'am and sir.
When in a social setting, dinner, etc., keep your phone in your pocket
Look all people in the face when talking to them.
Look out for the little guy.
Stick up for the defenseless.
Comfort the hurting.
Try to "pay it forward" in some little way every day.
Don't embarrass anyone maliciously in public (this includes online).
Don't take yourself too seriously. Don't let being self-conscious ruin a moment.
Never, ever betray someone's confidence.
Never perpetuate gossip.
Try not to do anything stupid, but certainly never when there is a camera to document it.
Don't do anything that would embarrass your mother...unless you are alone on an uninhabited island.
Always be in control, or able to be in control if you need to be (this is a drinking reference).
If there is a RIGHT thing, do the right thing, every time.
When you go to weddings, dance with the littlest girl in the room.
When you go to the park, play catch with the littlest boy.
Always look out for [redacted].
Call the Hogs with passion! (See "don't take yourself too seriously.")

**How to be successful:**

Read. A lot. Be a consumer of information, real information, not twitter, reddit, or facebook.
Learn history – Leadership, US Presidents, Economics, other cultures, Calvin and Hobbes
Set goals. And set a date for their completion. Make it happen. Then set new goals.
Get involved. Volunteer. Attend events. Build relationships all over campus, all over town.
Network every room.
Teach yourself to remember names effectively.
Make "friends" with all your professors now, all the secretaries later.
Listen to your mother.
Listen to your father.
Always use proper English when talking and writing.
Listen to understand, NOT to respond. (Read this one twice.)
Say less. Be measured with your responses. Don't talk just to talk. In the end your words will have more impact. And you can correct all the dummies who spouted off too soon.
Take risks. "Lean forward."

Be the "early riser." Start conditioning yourself now.
Always do what you say you are going to do when you say you're going to do it.
Always be early for appointments.
Always start meetings on time.
Don't complain to anyone. Make the best of every situation.
Have a solution for every problem you point out. If you don't have a solution, wait until you do.
Prepare for all meetings, presentations. Don't "fly by the seat of your pants," even if you can.
Always dress one notch better than the required or expected.
Be willing to engage the "smartest" or "most important" person in the room.
Respect the position and accomplishments of those you meet, but never be intimidated.
When you get the chance to hire and/or build a team, surround yourself with people smarter and more talented that yourself.
Never undermine those you work with, for, or for you.
Be the guy who takes on more responsibility, not gets by on doing less.
Help your boss be better, more successful.
Help those behind you be better, more successful.
Don't judge people based on what they can do for you today.
Seek out mentors. Go to dinner with people older and more successful than you.
Be a mentor to those behind you.
Keep your car clean.
Know that your social media is part of your resume. Be conscious of this now and always.
"Be polite, be professional, but have a plan to kill everybody you meet." -- General James Mattis

**How to be happy:**

Stay out of debt. Save money.
Spend money on experiences, not stuff. And take fun people with you.
Give of yourself. Make feeding hungry kids a priority.
Find the humor in everything.
Have that one friend that "No matter what…"
BE that one friend that "No matter what…"
Go to church.
Go to the gym.
Don't be afraid of counseling. If your arm hurts, you go to the doctor, right?
Listen to your mother (yes, again)
Listen to your father (yes, that too again)
NO KIDS until you are married, out of grad school, and at least five years in to a career. If you are going to be a doctor that should put you at about 32.
Don't argue with stupid people.
Never own a cat.

I love you and I am extremely proud of the person that you have already become. And I know you are going to have a great impact on people and the World around you.

Now get to work!

Love, Dad
April 5, 2017