# Exhibit C

William D Cullins
3932 W. Grouse Road
Fayetteville, AR 72704

The Honorable Denny Chin
United States Circuit Judge
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

May 29th, 2024

Dear Judge Chin,

I am writing today on behalf of Michael Turley. I have known Michael and called him a close friend now for over 6 years. Since his arrival into the Fayetteville, AR community, I have known him to be a personable and forthright individual. Welcoming and warm to friends and family alike. Michael has always been willing to help with anything asked of him. Always having his door open for family and friends for sporting events and holiday gatherings. Michael's quick wit, his sincerity, and dependability made him a person that quickly fit into our friend group and someone I would consider an especially close friend and always welcome into our home.

Michael helped my college age daughter further her interest in beer making by introducing her to a friend of his in the local beer industry. They brewed several beers together and because of that assistance, my daughter is now moving this summer, to California for a paid internship with Gallo Wines as a Food Scientist.

Additionally, on a more personal level, I worked with Michael as a supplier to his One Source Beef Company. We spent hours reviewing and quoting packaging materials for his business and there was never any question as to his integrity and his company's actions and dealings with my company, Sigma Supply, Inc. When his company ended up on the wrong side of the pandemic and was forced to close. Michael made sure there was nothing owed to me/Sigma Supply or that we had any custom packaging left in our inventory that we were owed for. That is not a common practice.

Lastly, I know Michael is a huge part of his sons and young daughter's lives. Michael is a tremendous father to them both, always there for them and being a source of strength to them both. I'm not sure how they will be able to get along without him in their lives because of this verdict. I know I, and my family, will miss him dearly and I hope and pray that Your Honor will take his impact on our lives and this community into consideration during sentencing.

Sincerely,

William Cullins

William Dale Cullins