# Exhibit D

June 4, 2024

The Honorable Denny Chin
United States Circuit Judge
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Dear Judge Chin:

My name is Jeb Joyce. I am an attorney and an attorney in private practice in Fayetteville, Arkansas. I have known Michael Turley and his family for approximately seven years. In addition to multiple social gatherings and road trips, our families tailgate together before Arkansas Razorback football games, and my daughter, Abby, has babysat for Michael's daughter, [redacted], regularly for the past six years. As an aside, [redacted] has said that Abby is her favorite babysitter! I am writing to provide Your Honor with information by which Your Honor may provide leniency with respect to Michael's sentencing.

First, Michael has never been in any legal trouble whatsoever prior to this case. Michael has always been a trustworthy person, and certainly one who is the stereotypical "law-abiding citizen". As an attorney, Michael has routinely asked me for advice on several personal and business matters. He always says he wants to make sure he is doing things by the book. As an example, Michael started a business called Zephyr Foods after leaving Somma Food Group. Unfortunately, the business was unsuccessful, and Michael owed money to a local bank, which provided a loan for food processing equipment. Throughout the process, Michael has told me repeatedly that he wanted to do the right thing and repay the bank. The bank took notice of this, and we were able to negotiate a settlement that was beneficial for both parties.

Second, if I know anything about Michael, it is that his children mean more to him than anything in this world. Michael has a son, Alex, who has graduated college. When Alex was in college at the University of Arkansas, Michael was a constant in Alex's life, whether it was supporting Alex's fraternity activities, attending Razorback sporting events together, or taking Alex to lunch or dinner. Alex is now a regular at our tailgate group.

However, the light of Michael's life is his daughter [redacted]. Although Michael and his second wife are now divorced, when they were married, Michael and [redacted] were inseparable. Now that he shares custody, when Michael does not have [redacted], we hear countless stories about school and gymnastics. As I write this, I think about the milestones that [redacted] has coming up in the next few years…learning to drive, high school prom, college visits and high school graduation. I know it would be devastating for Michael to be unable to participate in these events, but I also know [redacted] will be crushed without having her dad supporting her and cheering her on through these events.

In short, I would respectfully request leniency for Michael in sentencing. Thank you.

Jeb H. Joyce