# Exhibit E

MILLENNIUM CHIROPRACTIC
SPORTS MEDICINE & REHAB
a mana clinic

Steven Whitelaw, DC, CCSP
Eric Walker, DC, CCSP
Bobby Pritchett, DC, CCSP
David Sence, DC, CCSP
Marissa Acevedo, DC, CCSP
Alex Woods, DC, CCSP

The Honorable Denny Chin
United States Circuit Judge
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Dear Judge Chin,

My name is Dr. Eric Walker. I am a husband and father of 3. I have practiced Chiropractic Medicine in Fayetteville, AR since 2002. I own and operated a private practice and provide Chiropractic care to athletes in my area including athletes at the University of Arkansas.

I am writing letter on behalf of Michael Turley, who was convicted of wire fraud, bribery, and related conspiracy crimes. I understand the severity of the charges against him and the impact they have had on the individuals involved. However, I urge The Court to consider Michael's character and his contributions to his family and community when determining his sentence.

Michael joined my church small group several years ago. He was very active in the group, which met until 2017. Michael has been an important part of my family since that time. Over the past 8 years Michael has had the opportunity to advise my sons on college and career decisions, helping them shape their futures. He gave my oldest son, Andrew, one of his first jobs. At 14 years old, when very few wanted a young man to maintain their landscaping, Michael allowed Andrew the opportunity. When Andrew made a mistake, Michael was there to patiently correct and guide him.

I have had the privilege of witnessing Michael's dedication to his children, Alex and [redacted] Turley. As a father, Michael has been heavily involved in their upbringing. In particular, I have observed his relationship with [redacted] over the past several years, where he has shown immense care and love for her. Michael engages in father-daughter activities, such as father-daughter dates and dances, allowing her to paint his nails, and dressing up for play dates. He is actively involved in her school activities and supports her in her competitive gymnastics endeavors, never missing a meet and ensuring that she is at practice multiple times per week.

While I cannot speak to a personal knowledge of Alex's upbringing I can tell you that he is a successful college graduate that is highly focused on his career. He often consults his father in not only maters of business but frequently seeks his council on personal matters. I have seen Michael's efforts to unconditionally support Alex over the past several years. Michael's dedication to both of his children is evident and speaks to his character as a caring and involved father.

Steven Whitelaw, DC, CCSP
Eric Walker, DC, CCSP
Bobby Pritchett, DC, CCSP
David Sence, DC, CCSP
Marissa Acevedo, DC, CCSP
Alex Woods, DC, CCSP

Moreover, Michael has also been involved in church activities and personal growth seminars, demonstrating his commitment to self-improvement not only personally but also spiritually. These efforts showcase his desire to better himself and contribute positively to the community around him.

Your Honor, Michael's young daughter is of utmost concern to me should he be incarcerated. She heavily relies upon him as a strong influence in her life. From church to gymnastics to school I feel her personal and spiritual development would be negatively impacted by Michael's incarceration.

I would ask that The Court take into consideration Michael's positive impact on his children and his community when determining his sentence. I respectfully ask The Court for leniency in his case.
Thank you for considering my perspective on this matter. Please feel free to contact me if you require any further information.

Sincerely,

DC, CCSP

Dr. Eric W Walker