June 24, 2024
Re: Michael Turley

Dear Judge Chin,

We have known Michael Turley for over 7 years as both a neighbor and a close friend. The best word to describe him may be, thoughtful. We have traveled with him several times where he was the person in our group who went above and beyond to make sure everyone else was taken care of. There are so many examples of this throughout our friendship. Once, he dropped off homemade banana pudding for my entire family before the holidays because he had heard we really liked it. He was trying out a new recipe. Michael is so good to reach out to you on your birthday or anniversary to tell you how much you mean to him. But more than any of that, is his presence as a father to [redacted] and Alex. He is an incredibly involved Dad who absolutely adores his children, and they adore him in return. He once group texted all of the wives in our friend group trying to figure out where he could procure Pom Poms for [redacted] that day because she had decided she wanted to be a cheerleader for our football tailgate. His ability as a father is perhaps his greatest strength. Whether it be as a confidant to his older son Alex or a hair braider and fingernail painter for his precious little girl [redacted], he always shows up. The way [redacted] runs to her Dad with anything both good or bad going on is a testament to his role in her life. She would struggle when he traveled for work because she missed him so much. It always broke our hearts. We are very concerned about how him being away from his children, in particular his young daughter [redacted], will affect their mental well

being. This cannot be overstated. She is so attached to her Daddy. We respectfully ask that you to take this into strong consideration when making your decision.

Sincerely,

Chad Betts

Kimberly Betts

Chad and Kim Betts
2595 North Toy Drive Fayetteville, AR 72704
479-236-4283 /479-445-9591
Bettscl@mcdonaldeye.com
Bettsk87@gmail.com