# Exhibit G

May 22, 2024

Dear Judge Chin,

My name is Cliff Layton, MD. I'm an anesthesiologist in Colorado now, but I practiced in Oklahoma for the last 10 years. Michael Turley and I have grown very close over the last 12 years as he was married to my sister-in-law and I think of him as a brother and friend. We've spent many evenings around the fire pit sharing stories and talking life. I cherish these times along with the countless hours we've spent watching sports or fishing the ponds of Arkansas and Oklahoma. I vividly remember one Independence Day he and I spent the better part of the day on a tandem kayak in the sweltering Oklahoma heat trying to catch some bass. There was also the time I had to wear OU gear to family Christmas because I lost the bet with him on the college football game vs Oklahoma State University. So many fond memories!

Michael Turley is one of the most genuine and generous men I've ever met. He would honestly give you the shirt off his back if needed. I've watched him pour his heart and soul into raising his 2 kids to be strong, confident individuals. His youngest is [redacted] and she is a 9 year old full of spunk and energy. She absolutely cherishes her father and the time they spend together. She would often stay for a week with us in the summer and Michael would send daily letters of encouragement and love to her. His oldest son is Alex. He is grown now and quite successful in the corporate offices of Kraft-Heinz. Alex and Michael are still very close and routinely bond at University of Arkansas sporting events.

I respectfully ask that you consider the lightest sentencing for the non-violent crime considering Michael Turley's admirable qualities and otherwise clean record. I know that it will devastate Jill and [redacted] financially and emotionally if Michael were to get jail time. [redacted] really needs her father in her life and I pray this letter helps you see another side of him. Thank you.

Sincerely,

Cliff Layton

Cliff Layton