# Exhibit H

Calvin J. Smith, Franchise Owner
Superior Fence and Rail Arkansas, Springdale Arkansas, 72764
June 1, 2024

Honorable Denny Chin
United States Circuit Judge

Dear Judge Chin,

I am writing to you as a professional and personal reference for Michael Turley. I have had the privilege of working closely with Michael for 3+ years at our Superior Fence and Rail Franchise, where he has consistently demonstrated qualities that make him an invaluable asset to our team and a person of exemplary character.

Michael is an outstanding employee whose dedication and work ethic are second to none. He has shown absolute integrity and trustworthiness in all his professional dealings. His leadership skills have been instrumental in driving our business forward, and he is highly respected by his colleagues and subordinates alike. Michael's ability to inspire and motivate those around him is a testament to his exceptional leadership capabilities.

Beyond his professional accomplishments, Michael is deeply committed to his family, particularly his young daughter, [redacted]. His devotion to her well-being and his active involvement in her life speak volumes about his character and priorities. Michael's role as a father is central to who he is, and he strives to provide a stable and loving environment for [redacted].

The prospect of Michael serving time in prison is one that fills us with great concern. It would not only be a severe personal hardship for his family but also a significant negative impact on our business and employees. Michael's absence would create a void that would be difficult, if not impossible, to fill. His leadership, integrity, and commitment are integral to the continued success and morale of our organization.

I respectfully urge you to consider the exceptional qualities and contributions of Michael Turley as you deliberate on his case. We believe that an alternative to incarceration would better serve the interests of justice, allowing him to continue his positive influence both at work and at home.

Thank you for your time and consideration.

Sincerely,

*Calvin Smith*

Calvin Smith