Alex Baldwin, Owner/Partner
Superior Fence and Rail of Arkansas
1215 ESI Dr, Springdale, AR 72764
June 24, 2024

The Honorable Denny Chin
United States Circuit Judge
U.S. Court of Appeals for the Second Circuit
40 Foley Square, New York, NY 10007

Dear Judge Chin,

I am writing to offer my heartfelt recommendation for Michael Turley. I have had the privilege of knowing Michael for 10 years. The last 3 years we have worked very close together on a daily basis.

Michael is a person of deep integrity, compassion, and commitment. Throughout our time working together, he has consistently demonstrated a strong moral compass and a genuine desire to contribute positively to others. His actions reflect a deep understanding of the importance of responsibility, accountability, and the well-being of those around him.

In his role as General Manager of Superior Fence and Rail, Michael has been a dedicated and highly valued member of our team. His work ethic is exemplary, and he has often gone above and beyond to ensure the success of our projects and the satisfaction of our clients and employees. He routinely is the hardest worker in our company, sometimes working 60-70hr weeks. We think so much of his morals, character and integrity we gave him full financial authority for our company. Everyone in our company agrees. The charges he's been convicted of are in no way consistent with the person we've worked with every day the last 3 years. Losing Michael would cause a major disruption for our company, employees and customers.

Equally important is Michael's role as a devoted father to his daughter, [redacted], and his son, Alex. Michael's eyes light up every time he talks about [redacted] gymnastic practices and events. His favorite time is when he gets to take [redacted] on daddy/daughter dates. He is equally critical in Alex's life. Alex has been by his dad's side throughout this whole process, never wavering his support. Michael is an exemplary father who takes great pride in nurturing [redacted]'s and Alex's growth and development. His involvement in their lives is unwavering, and he consistently prioritizes their well-being and education. The bond they share is a testament to his dedication and love as a parent.

In conclusion, Michael has demonstrated the highest moral character and integrity in every situation I have seen. I hope you take these experiences into consideration.

Thank you for your consideration.

Sincerely,