# Exhibit J

Aaron J. Marshall

6081 W Bannister Dr

Fayetteville AR 72704

The Honorable Denny Chin

United States Circuit Judge

U.S. Court of Appeals for the Second Circuit

40 Foley Square

New York, New York 10007

Dear Judge Chin,

My name is Aaron Marshall and I owned, ran, grew, and sold a successful small business in Northwest Arkansas supporting store infrastructure in all the Walmart stores in the U.S. I now serve as a volunteer on the Board of the Arkansas Children's Hospital Northwest, was a founding member of the team that started the New Beginnings Transitional Homeless Village in Fayetteville, AR, and serve in several ways in my local church.

I live in the neighborhood Michael Turley and his family lived in until several months ago. I have known him as a neighbor and friend since moving into this neighborhood in 2017. Since they moved about a year ago, Michael and I have stayed in touch getting together about once a month. He also has been regularly attending the same church I am a part of for the last couple of years.

In my experience with Michael, I know him to be a man who has a genuine faith, cares deeply for his family, and prioritizes them above all else, and someone who is known for his character and integrity. Everything I know about Michael would show that he would not knowingly engage in any activity that was morally wrong, unethical, or illegal.

As Your Honor considers the sentence regarding the case in your Court, I would strongly advocate for the greatest leniency possible within the discretion Your Honor has in this matter. Any incarceration would have significant impact on Michael's daughter and son. It will forever affect his ability to continue to be a positive influence in our community as he currently is. I respectfully request all mercy and grace Your Honor may possess to be applied to Michael in this situation.

Highest Regards,

Aaron J. Marshall